SCWC-12-0000612

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

DAVID HARRAWAY,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000612; CR. NO. 11-1-0133)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ.
and Circuit Judge Chan, in place of Wilson, J., recused)

Petitioner/Defendant-Appellant's Application for Writ

of Certiorari, filed on July 6, 2015, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, August 18, 2015.

Jon N. Ikenaga                    /s/ Mark E. Recktenwald
for petitioner

                                  /s/ Paula A. Nakayama

                                  /s/ Sabrina S. McKenna

                                  /s/ Richard W. Pollack

                                  /s/ Derrick H.M. Chan